ORBSAK, L.L.C., Plaintiff–Appellant,

v.

GENERAL INSTRUMENT
CORPORATION, Defendant–Appellee.

No. 02–1296.

United States Court of Appeals,
Federal Circuit.

June 16, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).